FILED
CLERK, U.S. DISTRICT COURT

December 7, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GRESHAM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE MITCHELL GOLD CO., a North Carolina corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.:  2:21-cv-05222-SB-PVC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:    June 25, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On October 08, 2021, the parties jointly filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Dkt. No. 19.

1     Upon due consideration, good cause appearing, the Court DISMISSES this action
2 with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of
3 the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of
4 Court is instructed to terminate all pending motions and deadlines, and close the case.

6     **IT IS SO ORDERED.**

8 DATED: December 7, 2021     By: _____
    Hon. Stanley Blumenfeld, Jr.
9     United States District Court Judge